**Michael Larenzo DOUGLAS,**
**Plaintiff–Appellant**

v.

**Shelley MARONEY, et al.,**
**Defendants–Appellees.**

**No. 15–1341.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 19, 2015.

Filed: May 21, 2015.

Michael Larenzo Douglas, Malvern, AR, pro se.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Michael Douglas appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action against two state officials seeking an injunction relieving him of further obligation to register under Arkansas's sex-offender-registration statute when he is paroled because the statute as applied to him violates the Ex Post Facto Clause of the United States Constitution. Following careful review of Douglas's § 1983 complaint and brief on appeal, we agree with the district court that prior state and federal court decisions have established that his "allegations do not state an actionable constitutional claim." Therefore, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.